# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**SCOT CLENDENIN,**

    **Plaintiff,**

**v.**                                                                               **No. 20-cv-0112 SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) [Doc. 1], filed on February 7, 2020. Plaintiff requests that he be permitted to proceed *in forma pauperis* in accordance with 28 U.S.C. § 1915. The Court, being fully advised in the premises FINDS that the Motion should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application to Proceed in District court Without Prepaying Fees or Costs [Doc. 1] be **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                                       _____
                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**