## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SCOT CLENDENIN,**

    **Plaintiff,**

**v.**                                                                                                                      **No. 20-cv-0112 SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having denied Plaintiff's Motion to Reverse the Administrative Law Judge (ALJ) Unfavorable Decision Dated March 15, 2019 or Alternatively to Remand the Case Back to the Appeals Council [Doc. 21], in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**